# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

IN RE: STEVEN LYNN WELLS )
MARY PLETHA WELLS )
) CASE NO. 08-41718
DEBTORS )
)

## RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Comes Debtors' attorney, Russell L. Croley, and files his Response to the Motion for Relief from Automatic Stay and Abandonment.

The above referenced Debtor, Steven Lynn Wells, was incarcerated in the Muhlenberg County Detention Center in 2008. Upon the Debtor's release on December 17, 2009, he anticipated being employed by his previous employer DISC, Corp., however, his employment with DISC, Corp. was terminated. To date, Debtor, Steven Lynn Wells, has been unable to obtain employment. However, he is now re-eligible to obtain a CDL license and has in fact, obtained the preliminary permit for the CDL license, and is therefore optimistic about obtaining reemployment in the near future.

WHEREFORE, Debtors respectfully move the Court to approve the Amended Chapter 13 Plan, filed herewith, with a separate Motion to Amend, due to the Debtor, Steven Lynn Wells, being unemployed and without income.

Date: September 8, 2009.

s/Russell L. Croley
**Russell L. Croley**
**Attorney for Debtors**
Oak Tree Plaza, Suite 1A
1601 W. Everly Brothers Blvd.
Central City, Kentucky 42330
(270) 754-4030 Telephone
(270) 754-4031 Fax

The undersigned certifies under penalties of perjury, that they have read the foregoing amendment, and certify that the statements contained are true and complete to the best of their knowledge, information and belief.

Executed on the 8th day of September, 2009.

_____
Steven Lynn Wells

_____
Mary Pletha Wells

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
    STEVEN LYNN WELLS ) CASE NO.
    MARY PLETHA WELLS ) 08-41718
)
          DEBTORS )

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I electronically filed the foregoing Response to Motion for Relief from Automatic Stay and Abandonment with the clerk of the court by using the CM/ECF system, which will send a notice of the electronic filing to the following:

Hon William W. Lawrence
Trustee
310 Legal Arts Bldg.
200 South Seventh Street
Louisville, KY 40202

I also hereby certify that a copy of the attached Response to Motion for Relieft and Automatic Stay and Abandonment was this 8th day of September, 2009, forwarded to the following by depositing a copy of same in the United States mail, properly addressed and postage prepaid:

ACB American, Inc.
P.O. Box 2548
Cincinnati, OH 45201

Allied Interstate, Inc.
P.O. Box 361477
Columbus, OH 43236

Anesthesia Pain Spec. of Bowling Green
250 Park Street
Bowling Green, KY 42101

Applied Card Bank
Attn: General Inquiries
Po Box 17125
Wilmington, DE 19850

ATT/FKA BellSouth
P.O. Box 1262
Charlotte, NC 28201-1262

B & D Anesthetist Services
Accounts Billing Services
P.O. Box 1292
Greenville, KY 42345

Bluegrass Collecting Agency
37 Bethel Lane
Greenville, KY 42345

Bluegrass Radiology Services
P.O. Box 2697
Bowling Green, KY 42102

Bowling Green Associated Pathology
250 Park Street
Bowling Green, KY 42101

Caremark
P.O. Box 94467
Palatine, IL 60094

CBCS
P.O. Box 69
Columbus, OH 43216

CCS
Payment Processing Center 27
P.O. Box 55126
Boston, MA 02205-5126

Charles W. Adams
HODGES & HAYNES
391 E. 10th Avenue
P.O. Box 1865
Bowling Green, KY 42102


Christian County Anesthesia, PLLC
103 W. 18th Street
Hopkinsville, KY 42240

Community Health Center
P.O. Box 257
Greenville, KY 42345

Cornerstone Enterprises, Inc.
P.O. Box 803
Owensboro, KY 42302

Credit Bureau Systems, Inc.
100 Fulton Court
P.O. Box 9200
Paducah, KY 42002

Credit Bureau Systems, Inc.
121 W. Dunbar Cave Rd
P.O. Box 482
Clarksville, TN 37041

Credit Collection Services
2 Wells Ave.
Newton Center, MA 02459

Cross Country Bank
P.O. Box 17125
Wilmington, DE 19850

CRST Malone, Inc.
848 N. State Road 66
Rockport, IN 47635

Direct Merchants Bank
Attn: HSBC Card Member Services
Po Box 5246
Carol Stream, IL 60197

DirecTV
P.O. Box 78626
Phoenix, AZ 85062

Dr. Joseph Boggess
1008 Medical Center Drive
Suite C
Powderly, KY 42367

Dr. Kelly Tarter
224 Hopkinsville Street
Greenville, KY 42345

First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117

GLA Collections Co., Inc.
P.O. Box 7728
Louisville, KY 40257

Hillcrest Credit Agency
P.O. Box 2220
Bowling Green, KY 42102-2220

Hoosier Accounts Services
1125 N. Main
P.O. Box 4007
Evansville, IN 47724

Jeannie Stuart Medical Center
320 West 18th Street
P.O. Box 2400
Hopkinsville, KY 42241

Jim Walter Homes, Inc.
4211 W. Boy Scout Blvd.
Tampa, FL 33607

Kentucky Emergency Room Physicians
P.O. Box 6567
Cincinnati, OH 45206

Laboratory Corporation of America
P.O. Box 807
Burlington, NC 27216


Lima Memorial Hospital
1001 Bellefontaine Ave
Lima, OH 45804

Logan Family Practice
1717 Nashville Street
Russellville, KY 42276

Logan Memorial Hospital
1625 Nashville Street
P.O. Box 10
Russellville, KY 42276

Logan Orthopedics
101 W. 2nd Street
Russellville, KY 42276

Mary Webb Brown, DMD
203 S. Cherry Street
Greenville, KY 42345

Medical Center - EMS
347 US 31 W. Bypass
Bowling Green, KY 42101

MS Community Health
1010 Medical Center Drive
Powderly, KY 42367

Muhlenberg Community Hospital
440 Hopkinsville Street
P.O. Box 387
Greenville, KY 42345

Muhlenberg County Detention
108 Court Row
Greenville, KY 42345

Mutual Credit
P.O. Box 149
Madisonville, KY 42431

NCO Financial
P.O. Box 105062
Atlanta, GA 30348

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Oak Tree Finance
707 W. Everly Brothers Blvd.
Central City, KY 42330

Pennyrile Collection, Inc.
P.O. Box 965
302 West 15th Street
Hopkinsville, KY 42241

Pennyrile Radiology
1610 South Main Street
Hopkinsville, KY 42240

Pennyrile Urology, PSC
219 W. 17th Street
Hopkinsville, KY 42241

Regional Medical Center
900 Hospital Drive
P.O. Box 1168
Madisonville, KY 42431

Russellville Radiology Consult
1625 Nashville Street
Russellville, KY 42276

Sage Otolaryngology, PLLC
1010 Medical Center Drive
Powderly, KY 42367

The Medical Center at Bowling Green
800 Park Street
Bowling Green, KY 42101

Thomas Short, MD
Hopkinsville, KY 42241

Trover Clinic
200 Clinic Drive
P.O. Box 1370
Madisonville, KY 42431

United Resource Systems
10075 W. Coffee Ave.
Denver, CO 80215

Washington Mutual / Providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603

Western Kentucky Orthopedics
1777 Ashley Circle
Bowling Green, KY 42104

X-Ray Associates
P.O. Box 807
Owensboro, KY 42302