# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

IN RE:    STEVEN LYNN WELLS    )
          MARY PLETHA WELLS    )
                               )    CASE NO.  08-41718
          DEBTORS              )
_____)

## MOTION TO AMEND CHAPTER 13 PLAN

Comes Debtors' attorney, Russell L. Croley, and moves the Court for approval of

Amendment of the Chapter 13 Plan in the above referenced Chapter 13 bankruptcy.

WHEREFORE, counsel respectfully moves the Court to enter an Order

approving the Amended Chapter 13 Plan, filed herewith, due to the Debtor, Steven Lynn

Wells, being unemployed and without income.

Date: September 8, 2009.

**Any objections to this Motion to Amend Chapter 13 Plan must be filed within 15 days from the date this Motion to Amend was filed.  Should no objection be received, an Order approving this Motion may be entered.**

s/Russell L. Croley
**Russell L. Croley**
**Attorney for Debtors**
Oak Tree Plaza, Suite 1A
1601 W. Everly Brothers Blvd.
Central City, Kentucky 42330
(270) 754-4030 Telephone
(270) 754-4031 Fax

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Steven Lynn Wells**
      **Mary Pletha Wells**                        Case No.   **08-41718**

                                   Debtor(s)           Chapter    **13**

## AMENDED CHAPTER 13 PLAN

1. <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$200.00** per month for **51** months (balance of Plan).

   Total of plan payments: **$10,200.00 (balance of Plan)**

2. <u>Plan Length</u>: This plan is estimated to be for **51** months (balance of Plan).

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:    **3.20%**
      (2) Attorney's Fee (unpaid portion):    **$1,002.80 to be paid through plan in monthly payments**
      (3) Filing Fee (unpaid portion):   **NONE**

   b. Priority Claims under 11 U.S.C. § 507

      (1) Domestic Support Obligations

         (a) Debtor is required to pay all post-petition domestic support obligations directly to the holder of the claim.

         (b) The name(s) and address(es) of the holder of any domestic support obligation are as follows. See 11 U.S.C. §§ 101(14A) and 1302(b)(6).

         **-NONE-**

         (c) Anticipated Domestic Support Obligation Arrearage Claims. Unless otherwise specified in this Plan, priority claims under 11 U.S.C. § 507(a)(1) will be paid in full pursuant to 11 U.S.C. § 1322(a)(2). These claims will be paid at the same time as claims secured by personal property, arrearage claims secured by real property, and arrearage claims for assumed leases or executory contracts.

| Creditor (Name and Address) | Estimated arrearage claim | Projected monthly arrearage payment |
|---|---|---|
| **-NONE-** | | |

         (d) Pursuant to §§ 507(a)(1)(B) and 1322(a)(4), the following domestic support obligation claims are assigned to, owed to, or recoverable by a governmental unit.

         Claimant and proposed treatment:    **-NONE-**

(2) Other Priority Claims.

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **Unknown** | **0.00** | **0.00%** |

c. Secured Claims

(1) Pre-Confirmation Adequate Protection Payments. Pre-confirmation adequate protection payments to the following Creditors holding allowed claims secured by a purchase money security interest in personal property shall be paid by the Trustee through the plan as provided below. Adequate protection payments shall not accrue or be paid until the Creditor files a proof of claim. The principal amount of the Creditor's claim shall be reduced by the amount of the adequate protection payments remitted.

| Name | Description of Collateral | Pre-Confirmation Monthly Payment |
|---|---|---|
| **-NONE-** | | |

(2) Secured Debts Which Will Not Extend Beyond the Length of the Plan

(a) Secured Claims Subject to Valuation Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

(b) Secured Claims Not Subject to Valuation Under § 506. Each of the following claims, if allowed, shall be paid through the plan in equal monthly payments set forth below, until the amount of the claim as set forth in the Creditor's proof of claim has been paid in full.

| Name | Proposed Amount of Allowed Secured Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

(3) Secured Debts Which Will Extend Beyond the Length of the Plan

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **-NONE-** | | | |

d. Unsecured Claims
(1) Special Nonpriority Unsecured: Debts which are co-signed or are non-dischargeable shall be paid in full (100%).

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **-NONE-** | | |

(2) General Nonpriority Unsecured: Other unsecured debts shall be paid 28 cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.
The total payout to unsecured creditors at 28% is $5,961.86.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Creditor | Amount of Default to be Cured | Interest Rate (If specified) |
|---|---|---|
| **Jim Walter Homes, Inc.** | **2,908.92** | |

6. The Debtor shall make regular payments directly to the following creditors:

| Name | Amount of Claim | Monthly Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Jim Walter Homes, Inc.** | **82,000.00** | **712.11** | **Contract Rate** |
| **Oak Tree Fin** | **2,130.00** | **162.00** | **Contract Rate** |

7. The employer on whom the Court will be requested to order payment withheld from earnings is:

**Mary Pleatha Wells' Employer, Plastic Products.**

8. The following executory contracts of the debtor are rejected:

    Other Party                                         Description of Contract or Lease
    **-NONE-**

9. Property to Be Surrendered to Secured Creditor

    Name                                             Amount of Claim     Description of Property
    **-NONE-**

10. The following liens shall be avoided pursuant to 11 U.S.C. § 522(f), or other applicable sections of the Bankruptcy Code:

    Name                                             Amount of Claim     Description of Property
    **-NONE-**

11. Title to the Debtor's property shall revest in debtor **on confirmation of a plan.**

12. As used herein, the term "Debtor" shall include both debtors in a joint case.

13. Other Provisions:
   **When Husband obtains employment, at that time, plan would be increased to a $400.00 a month payment.**

### SUMMARY AND ANALYSIS OF PLAN PAYMENTS TO BE MADE BY TRUSTEE

Total debt provided under the Plan and administrative expenses:

| | |
|---|---:|
| 1. Attorney Fees | 1,002.80 |
| 2. Arrearages | 2,908.92 |
| 3. Secured Claims | 0.00 |
| 4. Priority Claims | 0.00 |
| 5. Separate Class of Unsecured Claims | 0.00 |
| 6. All other unsecured claims | 5,961.86 |
| | |
| Total payments to above Creditors | 9,873.58 |
| Trustee fees | 326.40 |
| Total Debtor payments to the Plan | 10,199.98 |

Reconciliation with Chapter 7:

| | |
|---|---:|
| Interest of unsecured creditors if Chapter 7 filed | |
| Total property of debtor | 87,538.84 |
| Property securing debt (excludes avoided liens) | 84,130.00 |
| Priority unsecured claims (Schedule E) | 0.00 |
| Exempt property | 3,408.84 |
| Administrative Costs | 2,000.00 |
| Available to General Unsecured (Under Chapter 7) | 0.00 |
| Total General Unsecured | 32,622.72 |

| | |
|---|---:|
| Percent of unsecured, nonpriority claims paid if Chapter 7 filed (est.) | 0% |
| Percent of unsecured, nonpriority claims paid under Plan | 28% |

Date ___9-8-09___       Signature _____
**Steven Lynn Wells**
Debtor

Date ___9-8-09___       Signature _____
**Mary Pletha Wells**
Joint Debtor

_____
Attorney for Debtor(s)
**RUSSELL L. CROLEY, ATTORNEY AT LAW**
**1601 W. Everly Brothers Blvd.**
**Oak Tree Plaza, Suite 1A**
**Central City, KY 42330**
**(270) 754-4030 Fax:(270) 754-4031**
**croleylaw@bellsouth.net**

# UNITED STATES BANKRUPTCY COURT
## FOR THE
## WESTERN DISTRICT OF KENTUCKY

IN RE:                                              )

    STEVEN LYNN WELLS           )            CASE NO.

    MARY PLETHA WELLS          )            08-41718

                                )

              DEBTORS         )

## CERTIFICATE OF SERVICE AND
## NOTICE OF AMENDMENT TO CHAPTER 13 PLAN

I hereby certify that on September 8, 2009, I electronically filed the

foregoing Amendment to Chapter 13 Plan with the clerk of the court by using the

CM/ECF system, which will send a notice of the electronic filing to the following:

Hon William W. Lawrence
Trustee
310 Legal Arts Bldg.
200 South Seventh Street
Louisville, KY 40202

I also hereby certify that a copy of the attached Amendment to Chapter 13 Plan was this
8th day of September, 2009, forwarded to the following by depositing a copy of same in
the United States mail, properly addressed and postage prepaid:

ACB American, Inc.
P.O. Box 2548
Cincinnati, OH 45201

Allied Interstate, Inc.
P.O. Box 361477
Columbus, OH 43236

Anesthesia Pain Spec. of Bowling Green
250 Park Street
Bowling Green, KY 42101

Applied Card Bank
Attn: General Inquiries
Po Box 17125
Wilmington, DE 19850

ATT/FKA BellSouth
P.O. Box 1262
Charlotte, NC 28201-1262

B & D Anesthetist Services
Accounts Billing Services
P.O. Box 1292
Greenville, KY 42345

Bluegrass Collecting Agency
37 Bethel Lane
Greenville, KY 42345

Bluegrass Radiology Services
P.O. Box 2697
Bowling Green, KY 42102

Bowling Green Associated Pathology
250 Park Street
Bowling Green, KY 42101

Caremark
P.O. Box 94467
Palatine, IL 60094

CBCS
P.O. Box 69
Columbus, OH 43216

CCS
Payment Processing Center 27
P.O. Box 55126
Boston, MA 02205-5126

Charles W. Adams
HODGES & HAYNES
391 E. 10th Avenue
P.O. Box 1865
Bowling Green, KY 42102

Christian County Anesthesia, PLLC
103 W. 18th Street
Hopkinsville, KY 42240

Community Health Center
P.O. Box 257
Greenville, KY 42345

Cornerstone Enterprises, Inc.
P.O. Box 803
Owensboro, KY 42302

Credit Bureau Systems, Inc.
100 Fulton Court
P.O. Box 9200
Paducah, KY 42002

Credit Bureau Systems, Inc.
121 W. Dunbar Cave Rd
P.O. Box 482
Clarksville, TN 37041

Credit Collection Services
2 Wells Ave.
Newton Center, MA 02459

Cross Country Bank
P.O. Box 17125
Wilmington, DE 19850

CRST Malone, Inc.
848 N. State Road 66
Rockport, IN 47635

Direct Merchants Bank
Attn: HSBC Card Member Services
Po Box 5246
Carol Stream, IL 60197

DirecTV
P.O. Box 78626
Phoenix, AZ 85062

Dr. Joseph Boggess
1008 Medical Center Drive
Suite C
Powderly, KY 42367

Dr. Kelly Tarter
224 Hopkinsville Street
Greenville, KY 42345

First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117

GLA Collections Co., Inc.
P.O. Box 7728
Louisville, KY 40257

Hillcrest Credit Agency
P.O. Box 2220
Bowling Green, KY 42102-2220

Hoosier Accounts Services
1125 N. Main
P.O. Box 4007
Evansville, IN 47724

Jeannie Stuart Medical Center
320 West 18th Street
P.O. Box 2400
Hopkinsville, KY 42241

Jim Walter Homes, Inc.
4211 W. Boy Scout Blvd.
Tampa, FL 33607

Kentucky Emergency Room Physicians
P.O. Box 6567
Cincinnati, OH 45206

Laboratory Corporation of America
P.O. Box 807
Burlington, NC 27216

Lima Memorial Hospital
1001 Bellefontaine Ave
Lima, OH 45804

Logan Family Practice
1717 Nashville Street
Russellville, KY 42276

Logan Memorial Hospital
1625 Nashville Street
P.O. Box 10
Russellville, KY 42276

Logan Orthopedics
101 W. 2nd Street
Russellville, KY 42276

Mary Webb Brown, DMD
203 S. Cherry Street
Greenville, KY 42345

Medical Center - EMS
347 US 31 W. Bypass
Bowling Green, KY 42101

MS Community Health
1010 Medical Center Drive
Powderly, KY 42367

Muhlenberg Community Hospital
440 Hopkinsville Street
P.O. Box 387
Greenville, KY 42345

Muhlenberg County Detention
108 Court Row
Greenville, KY 42345

Mutual Credit
P.O. Box 149
Madisonville, KY 42431

NCO Financial
P.O. Box 105062
Atlanta, GA 30348

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

Oak Tree Finance
707 W. Everly Brothers Blvd.
Central City, KY 42330

Pennyrile Collection, Inc.
P.O. Box 965
302 West 15th Street
Hopkinsville, KY 42241

Pennyrile Radiology
1610 South Main Street
Hopkinsville, KY 42240

Pennyrile Urology, PSC
219 W. 17th Street
Hopkinsville, KY 42241

Regional Medical Center
900 Hospital Drive
P.O. Box 1168
Madisonville, KY 42431

Russellville Radiology Consult
1625 Nashville Street
Russellville, KY 42276

Sage Otolaryngology, PLLC
1010 Medical Center Drive
Powderly, KY 42367

The Medical Center at Bowling Green
800 Park Street
Bowling Green, KY 42101

Thomas Short, MD
Hopkinsville, KY 42241

Trover Clinic
200 Clinic Drive
P.O. Box 1370
Madisonville, KY 42431

United Resource Systems
10075 W. Coffee Ave.
Denver, CO 80215

Washington Mutual / Providian
Attn: Bankruptcy Dept
Po Box 10467
Greenville, SC 29603

Western Kentucky Orthopedics
1777 Ashley Circle
Bowling Green, KY 42104

X-Ray Associates
P.O. Box 807
Owensboro, KY 42302

COMMONWEALTH OF KENTUCKY )
                         )    SCT.
COUNTY OF MUHLENBERG     )

## **AFFIDAVIT**

Comes the affiant, Steven Lynn Wells, who, after being first duly sworn, does state and depose as follows:

1. Affiant states that he is not currently employed.

2. Affiant states upon his release from the Muhlenberg County Detention Center on December 17, 2009, he anticipated being employed by his previous employer DISC, Corp., however, his employment with DISC, Corp. was terminated.

3. Affiant is now re-eligible to obtain a CDL license and has in fact, obtained the preliminary permit for the CDL license, and is therefore optimistic about obtaining reemployment in the near future.

4. Affiant has been actively seeking to obtain employment to date without success.

Further, affiants sayeth naught.

This the ___ day of _September_, 2009.

_____
STEVEN LYNN WELLS

Subscribed, sworn, and acknowledged before me by Steven Lynn Wells, a single person, on this the ___ day of September, 2009.

My commission expires: __11/17/2011_____

SEAL

_____
Notary Public

**UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY**

IN RE:     STEVEN LYNN WELLS    )
             MARY PLETHA WELLS     )
                                       )     CASE NO.  08-41718
             DEBTORS               )
_____)

## ORDER

The Debtors' attorney having respectfully moved the Court to Amend the Debtors' Chapter 13 Plan,

IT IS HEREBY ORDERED that the Amended Chapter 13 Plan be approved.

The Clerk's Office shall notify all parties in interest of the Amended Chapter 13 Plan.

Tendered by:
**Russell L. Croley**
**Attorney for Debtors**
Oak Tree Plaza, Suite 1A
1601 W. Everly Brothers Blvd.
Central City, Kentucky 42330
(270) 754-4030 Telephone
(270) 754-4031 Fax